# EXHIBIT 5

# Cases

## Case Details

Venezuela Holdings B.V. and others v. Bolivarian Republic of Venezuela (ICSID Case No. ARB/07/27)

**PROCEEDING**    **MATERIALS**    **PROCEDURAL DETAILS**

| | |
|---|---|
| **Subject of Dispute:** | Oil and gas enterprise |
| **Economic Sector:** | Oil, Gas & Mining |
| **Instrument(s) Invoked:** (i) | BIT Netherlands - Venezuela, Republica Bolivariana de 1991 - Investment Law - Venezuela (1999) |
| **Applicable Rules:** | ICSID Convention - Arbitration Rules |

### (a) Original Proceeding

| | |
|---|---|
| **Claimant(s)/Nationality(ies):** (i) | Mobil Cerro Negro Holding, Ltd. (U.S.), Mobil Cerro Negro, Ltd. (Bahamian), Mobil Corporation (U.S.), Mobil Venezolana de Petróleos Holdings, Inc. (U.S.), Mobil Venezolana de Petróleos, Inc. (Bahamian), Venezuela Holdings, B.V. (Dutch) |
| **Respondent(s):** | Bolivarian Republic of Venezuela (Venezuelan) |
| **Date Registered:** | October 10, 2007 |
| **Date of Constitution of Tribunal:** | August 8, 2008 |

### Composition of Tribunal

| | |
|---|---|
| **President:** | Gilbert GUILLAUME (/resources/databases/arbitrators-conciliators-ad-hoc-committee-members/profile?cvid=234) (French) - Appointed by the Chairman of the Administrative Council |
| **Arbitrators:** | Ahmed Sadek EL-KOSHERI (/resources/databases/arbitrators-conciliators-ad-hoc-committee-members/profile?cvid=16) (Egyptian) - Appointed by the Respondent(s) <br> Gabrielle KAUFMANN-KOHLER (/resources/databases/arbitrators-conciliators-ad-hoc-committee-members/profile?cvid=221) (Swiss) - Appointed by the Claimant(s) |

### Party Representatives

| | |
|---|---|
| **Claimant(s):** | Covington & Burling, Washington, D.C., U.S.A. |
| **Respondent(s):** | Curtis, Mallet-Prevost, Colt & Mosle, New York, NY, U.S.A. and Mexico City, Mexico <br> Procuraduría General de la República, Caracas, Venezuela |
| **Language(s) of Proceeding:** | English,Spanish |
| **Status of Proceeding:** | Concluded |

| | |
|---|---|
| **Outcome of Proceeding:** | October 9, 2014 - The Tribunal renders its award. |

## (b) Revision Proceeding

| | |
|---|---|
| **Applicant(s)/Requesting Party(ies):** (i) | Respondent(s) |
| **Date Registered:** | October 24, 2014 (Respondent(s)) |
| **Date of Constitution of Tribunal:** | October 30, 2014 |

### Composition of Tribunal

| | |
|---|---|
| **President:** | Gilbert GUILLAUME (/resources/databases/arbitrators-conciliators-ad-hoc-committee-members/profile?cvid=234) (French) - Appointed by the Chairman of the Administrative Council |
| **Arbitrators:** | Ahmed Sadek EL-KOSHERI (/resources/databases/arbitrators-conciliators-ad-hoc-committee-members/profile?cvid=16) (Egyptian) - Appointed by the Respondent(s) <br> Gabrielle KAUFMANN-KOHLER (/resources/databases/arbitrators-conciliators-ad-hoc-committee-members/profile?cvid=221) (Swiss) - Appointed by the Claimant(s) |

### Party Representatives

| | |
|---|---|
| **Claimant(s):** | Covington & Burling, Washington, D.C., U.S.A. <br> Production Company Law Department, Exxon Mobil Corporation, Houston, Texas <br> Three Crowns, London, U.K. |
| **Respondent(s):** | Curtis, Mallet-Prevost, Colt & Mosle, New York, NY, U.S.A. and Mexico City, Mexico <br> Procuraduría General de la República, Caracas, Venezuela |
| **Status of Proceeding:** | Concluded |
| **Outcome of Proceeding:** | June 12, 2015 - The Tribunal issues its decision on revision. |

## (c) Annulment Proceeding

| | |
|---|---|
| **Applicant(s)/Requesting Party(ies):** (i) | Respondent(s) |
| **Date Registered:** | February 9, 2015 |
| **Date of Constitution of *ad hoc* Committee:** | May 8, 2015 |

### Composition of *ad hoc* Committee *(Appointed by the Chairman of the Administrative Council)*

| | |
|---|---|
| **President:** | Franklin BERMAN (/resources/databases/arbitrators-conciliators-ad-hoc-committee-members/profile?cvid=215) (British) |
| **Members:** | Cecil W.M. ABRAHAM (/resources/databases/arbitrators-conciliators-ad-hoc-committee-members/profile?cvid=107) (Malaysian) <br> Rolf KNIEPER (/resources/databases/arbitrators-conciliators-ad-hoc-committee-members/profile?cvid=548) (German) |

**Party Representatives**

| | |
|---|---|
| **Claimant(s):** | Covington & Burling, Washington, D.C., U.S.A. |
| **Respondent(s):** | Curtis, Mallet-Prevost, Colt & Mosle, New York, NY, U.S.A. and Mexico City, Mexico<br>Procuraduría General de la República, Caracas, Venezuela |
| **Language(s) of Proceeding:** | English,Spanish |
| **Status of Proceeding:** | Concluded |
| **Outcome of Proceeding:** | March 9, 2017 - The *ad hoc* Committee issues its decision on annulment. |

## (d) Resubmission Proceeding

| | |
|---|---|
| **Applicant(s)/Requesting Party(ies):** (i) | Claimant(s) |
| **Date Registered:** | October 24, 2018 (Claimant(s)) |
| **Date of Constitution of Tribunal:** | August 17, 2020 |

**Composition of Tribunal**

| | |
|---|---|
| **President:** | Nicolas ANGELET (/resources/databases/arbitrators-conciliators-ad-hoc-committee-members/profile?cvid=480)<br>(Belgian) - Appointed by the Chairman of the Administrative Council |
| **Arbitrators:** | Stephen L. DRYMER (/resources/databases/arbitrators-conciliators-ad-hoc-committee-members/profile?cvid=585)<br>(Canadian) - Appointed by the Claimant(s)<br>Andrea GIARDINA (/resources/databases/arbitrators-conciliators-ad-hoc-committee-members/profile?cvid=41)<br>(Italian) - Appointed by the Respondent(s) |

**Party Representatives**

| | |
|---|---|
| **Claimant(s):** | Three Crowns, London, U.K. |
| **Respondent(s):** | De Jesús & De Jesús, Panama City, Panama<br>Procuraduría General de la República, Caracas, Venezuela |
| **Language(s) of Proceeding:** | English |
| **Status of Proceeding:** | Concluded |
| **Outcome of Proceeding:** | July 10, 2023 - The Tribunal renders its award. |

Home (/)

About (/about)

Services (/services)

Cases (/cases)

Resources (/resources)

News & Events (/news)

**FOR STATES**

[Role of Member States (/about/member-states/role-of-member-states)](/about/member-states/role-of-member-states)

[How to Join ICSID (/about/member-states/joining-icsid)](/about/member-states/joining-icsid)

**FOR JOB SEEKERS**

[Jobs (/about/content/jobs)](/about/content/jobs)

[Internships (/about/content/internships)](/about/content/internships)

**FOR PARTIES**

[Overview of Services (/services)](/services)

[Database of Arbitrators (/about/arbitrators-conciliators/database-of-icsid-panels)](/about/arbitrators-conciliators/database-of-icsid-panels)

**FOR ARBITRATORS**

[Becoming an ICSID Arbitrator (/resources/content/arbitrators/how-to-become-an-icsid-arbitrator)](/resources/content/arbitrators/how-to-become-an-icsid-arbitrator)

[Managing Case Finances (/resources/content/arbitrators/managing-case-finances)](/resources/content/arbitrators/managing-case-finances)

**FOR JOURNALISTS**

[News Releases (/news-and-events/press-releases)](/news-and-events/press-releases)

**FOLLOW US**

©2022 International Centre for Settlement of Investment Disputes. All Rights Reserved.

[User Agreement (/user-agreement)](/user-agreement) | [Privacy Agreement (https://icsid.worldbank.org/about/content/privacy-agreement)](https://icsid.worldbank.org/about/content/privacy-agreement)

 [(http://www.worldbank.org/)](http://www.worldbank.org/)

[IBRD (HTTPS://WWW.WORLDBANK.ORG/EN/WHO-WE-ARE/IBRD)](https://www.worldbank.org/en/who-we-are/ibrd)   [IDA (HTTPS://WWW.WORLDBANK.ORG/IDA)](https://www.worldbank.org/ida)   [IFC (HTTPS://WWW.IFC.ORG/)](https://www.ifc.org/)   [MIGA (HTTPS://WWW.MIGA.ORG/)](https://www.miga.org/)   [ICSID (HTTPS://ICSID.WORLDBANK.ORG/)](https://icsid.worldbank.org/)

© 2023 The World Bank Group, All Rights Reserved.

# Cases

# Case Details

Venezuela Holdings B.V. and others v. Bolivarian Republic of Venezuela (ICSID Case No. ARB/07/27)

**PROCEEDING**    MATERIALS    PROCEDURAL DETAILS

## (a) Original Proceeding

### Published Decisions

Decision on Jurisdiction

Decision on Production of Documents

Award of the Tribunal

### Available on the ICSID Website

Decision on Jurisdiction (June 10, 2010) English (Original) (http://icsidfiles.worldbank.org/icsid/ICSIDBLOBS/OnlineAwards/C256/DC1510_En.pdf)

Decision on Production of Documents (March 24, 2011) English (Original) (http://icsidfiles.worldbank.org/icsid/ICSIDBLOBS/OnlineAwards/C256/DC2151_En.pdf)

Award of the Tribunal (October 9, 2014) English (Original) (http://icsidfiles.worldbank.org/icsid/ICSIDBLOBS/OnlineAwards/C256/DC4952_En.pdf); Spanish (Original) (http://icsidfiles.worldbank.org/icsid/ICSIDBLOBS/OnlineAwards/C256/DC4952_Sp.pdf)

## (b) Revision Proceeding

### Published Decisions

Decision on the Application for Revision

### Available on the ICSID Website

Decision on the Application for Revision (June 12, 2015) English (Original) (http://icsidfiles.worldbank.org/icsid/ICSIDBLOBS/OnlineAwards/C256/DC6012_En.pdf); Spanish (Original) (http://icsidfiles.worldbank.org/icsid/ICSIDBLOBS/OnlineAwards/C256/DC6012_Sp.pdf)

## (c) Annulment Proceeding

### Published Decisions

Decision on Annulment

### Available on the ICSID Website

Decision on Annulment (March 9, 2017) English (Original) (http://icsidfiles.worldbank.org/icsid/ICSIDBLOBS/OnlineAwards/C256/DC10052_En.pdf); Spanish (Original) (http://icsidfiles.worldbank.org/icsid/ICSIDBLOBS/OnlineAwards/C256/DC10052_Sp.pdf)

Home (/)

About (/about)

Services (/services)

Cases (/cases)

Resources (/resources)

News & Events (/news)

**FOR STATES**

Role of Member States (/about/member-states/role-of-member-states)

How to Join ICSID (/about/member-states/joining-icsid)

**FOR JOB SEEKERS**

Jobs (/about/content/jobs)

Internships (/about/content/internships)

**FOR PARTIES**

Overview of Services (/services)

Database of Arbitrators (/about/arbitrators-conciliators/database-of-icsid-panels)

**FOR ARBITRATORS**

Becoming an ICSID Arbitrator (/resources/content/arbitrators/how-to-become-an-icsid-arbitrator)

Managing Case Finances (/resources/content/arbitrators/managing-case-finances)

**FOR JOURNALISTS**

News Releases (/news-and-events/press-releases)

**FOLLOW US**

©2022 International Centre for Settlement of Investment Disputes. All Rights Reserved.   User Agreement (/user-agreement) | Privacy Agreement (https://icsid.worldbank.org/about/content/privacy-agreement)

 (http://www.worldbank.org/)

IBRD (HTTPS://WWW.WORLDBANK.ORG/EN/WHO-WE-ARE/IBRD)   IDA (HTTPS://WWW.WORLDBANK.ORG/IDA)   IFC (HTTPS://WWW.IFC.ORG/)   MIGA (HTTPS://WWW.MIGA.ORG/)   ICSID (HTTPS://ICSID.WORLDBANK.ORG/)

© 2023 The World Bank Group, All Rights Reserved.

Cases

# Case Details

Venezuela Holdings B.V. and others v. Bolivarian Republic of Venezuela (ICSID Case No. ARB/07/27)

**PROCEEDING**     **MATERIALS**     **PROCEDURAL DETAILS**

### (a) Original Proceeding

| Date | Development |
|---|---|
| October 10, 2007 | The Secretary-General registers a request for the institution of arbitration proceedings. |
| August 8, 2008 | The Tribunal is constituted. Its members are: Gilbert Guillaume (French), President; Ahmed Sadek El-Kosheri (Egyptian); and Gabrielle Kaufmann-Kohler (Swiss). |
| November 3, 2008 | The Tribunal issues a procedural order concerning questions of procedure pursuant to ICSID Arbitration Rule 20. |
| November 7, 2008 | The Tribunal holds a first session in Paris. |
| January 15, 2009 | The Respondent files a memorial on jurisdiction. |
| April 16, 2009 | The Claimants file a counter-memorial on jurisdiction. |
| June 15, 2009 | The Respondent files a reply on jurisdiction. |
| August 17, 2009 | The Claimants file a rejoinder on jurisdiction. |
| September 9, 2009 | The Tribunal holds a pre-hearing conference with the parties by telephone. |
| September 23, 2009 - September 24, 2009 | The Tribunal holds a hearing on jurisdiction in Paris. |
| June 10, 2010 | The Tribunal issues a decision on jurisdiction. |
| December 15, 2010 | The Claimants file a memorial on the merits. |
| February 9, 2011 | The Respondent files a request for production of documents. |
| February 23, 2011 | The Claimants file observations on the Respondent's request for production of documents. |
| February 25, 2011 | The Respondent files a renewed request for production of documents. |
| March 14, 2011 | The Claimants file observations on the Respondent's renewed request for production of documents. |
| March 15, 2011 | The Respondent files a response to the Claimants' observations of March 14, 2011. |
| March 24, 2011 | The Tribunal issues a decision on production of documents. |
| June 15, 2011 | The Respondent files a counter-memorial on the merits. |
| September 15, 2011 | The Claimants file a reply on the merits. |
| December 15, 2011 | The Respondent files a rejoinder on the merits. |
| February 7, 2012 - February 17, 2012 | The Tribunal holds a hearing on the merits in Paris. |
| April 30, 2012 | Each party files a post-hearing brief. |
| May 14, 2012 | Each party files a reply post-hearing brief. |
| July 28, 2014 | The Tribunal declares the proceeding closed in accordance with ICSID Arbitration Rule 38(1). |
| October 9, 2014 | The Tribunal renders its award. |

### (b) Revision Proceeding

| Date | Development |
|---|---|
| October 24, 2014 | The Secretary-General registers an application for revision of the award filed by the Bolivarian Republic of Venezuela, and notifies the parties of the provisional stay of enforcement of the award. |
| October 30, 2014 | The original Tribunal is reconstituted in accordance with ICSID Arbitration Rule 51(2). Its members are: Gilbert Guillaume (French), President; Ahmed Sadek El-Kosheri (Egyptian); and Gabrielle Kaufmann-Kohler (Swiss). |
| December 10, 2014 | The Tribunal holds a first session by telephone conference. |
| January 19, 2015 | Venezuela files a memorial on revision. |
| February 23, 2015 | Venezuela Holdings and others file a counter-memorial on revision. |
| April 13, 2015 | Each party files a statement of costs. |

| Date | Development |
|---|---|
| May 14, 2015 | The Tribunal declares the proceeding closed in accordance with ICSID Arbitration Rules 53 and 38(1). |
| June 12, 2015 | The Tribunal issues its decision on revision. |

## (c) Annulment Proceeding

| Date | Development |
|---|---|
| February 9, 2015 | The Secretary-General registers an application for annulment of the award filed by the Bolivarian Republic of Venezuela, and notifies the parties of the provisional stay of enforcement of the award. |
| May 8, 2015 | The *ad hoc* Committee is constituted in accordance with Article 52(3) of the ICSID Convention. Its members are: Franklin Berman (British), President; Cecil W. M. Abraham (Malaysian), and Rolf Knieper (German); all members appointed by the Chairman of the Administrative Council. |
| June 10, 2015 | Venezuela Holdings and others file observations concerning the stay of enforcement of the award. |
| June 24, 2015 | Venezuela files observations concerning the stay of enforcement of the award. |
| July 7, 2015 | The *ad hoc* Committee holds a first session by telephone conference. |
| July 13, 2015 | The *ad hoc* Committee issues Procedural Order No. 1 concerning procedural matters. |
| July 22, 2015 | Venezuela files a memorial on annulment. |
| July 28, 2015 | The *ad hoc* Committee issues Procedural Order No. 2 on the stay of enforcement of the award. |
| September 16, 2015 | Venezuela Holdings and others file a counter-memorial on annulment. |
| September 17, 2015 | Following several communications from the parties, the *ad hoc* Committee issues a decision on the stay of enforcement of the award. |
| November 4, 2015 | Venezuela files a reply on annulment. |
| December 23, 2015 | Venezuela Holdings and others file a rejoinder on annulment. |
| March 8, 2016 - March 9, 2016 | The *ad hoc* Committee holds a hearing on annulment in Washington, D.C. |
| April 15, 2016 | Each party files a statement of costs. |
| January 6, 2017 | The *ad hoc* Committee declares the proceeding closed in accordance with ICSID Arbitration Rules 53 and 38(1). |
| March 9, 2017 | The *ad hoc* Committee issues its decision on annulment. |

## (d) Resubmission Proceeding

| Date | Development |
|---|---|
| October 24, 2018 | The Secretary-General registers a request for resubmission of the dispute to a new tribunal. |
| November 12, 2018 | Following appointment by the Claimants, Stephen Drymer (Canadian) accepts his appointment as arbitrator. |
| January 30, 2019 | Following appointment by the Respondent, Andrea Giardina (Italian) accepts his appointment as arbitrator. |
| August 16, 2020 | Following appointment by the Chairman of the Administrative Council in accordance with Article 38 of the ICSID Convention, Nicolas Angelet (Belgian) accepts his appointment as presiding arbitrator. |
| August 17, 2020 | The Tribunal is constituted in accordance with Article 37(2)(a) of the ICSID Convention. Its members are: Nicolas Angelet (Belgian), President, appointed by the Chairman of the Administrative Council in accordance with Article 38 of the ICSID Convention; Stephen Drymer (Canadian), appointed by the Claimants; and Andrea Giardina (Italian), appointed by the Respondent. |
| October 8, 2020 | The Tribunal holds a first session by video conference. |
| March 1, 2021 | The Tribunal issues a decision concerning procedural matters. |
| March 24, 2021 | The Tribunal holds a preliminary procedural consultation with the parties. |

| Date | Development |
|---|---|
| March 29, 2021 | The Tribunal issues Procedural Order No. 1 concerning procedural matters. |
| June 29, 2021 | The Claimants file a memorial on the merits. |
| July 13, 2021 | The Respondent files a proposal for disqualification of arbitrator Stephen Drymer. The proceeding is suspended in accordance with ICSID Arbitration Rule 9(6). |
| July 22, 2021 | The Claimants file observations on the proposal for disqualification. |
| July 28, 2021 | The arbitrator furnishes explanations regarding the proposal for disqualification in accordance with ICSID Arbitration Rule 9(3). |
| August 5, 2021 | Each party files additional observations on the proposal for disqualification. |
| August 23, 2021 | The proposal for the disqualification of Tribunal member Stephen Drymer is declined by the other two members of the Tribunal. The proceeding is resumed pursuant to ICSID Arbitration Rule 9(6). |
| September 21, 2021 | The Tribunal issues Procedural Order No. 2 concerning procedural matters. |
| October 15, 2021 | The Respondent files a proposal for disqualification of arbitrator Stephen Drymer. The proceeding is suspended in accordance with ICSID Arbitration Rule 9(6). |
| October 18, 2021 | The Claimants file preliminary observations on the proposal for disqualification. |
| October 22, 2021 | The Claimants file observations on the proposal for disqualification. |
| October 24, 2021 | The arbitrator furnishes explanations regarding the proposal for disqualification in accordance with ICSID Arbitration Rule 9(3). |
| October 29, 2021 | Each party files further observations on the proposal for disqualification. |
| November 3, 2021 | The arbitrator furnishes further explanations regarding the proposal for disqualification in accordance with ICSID Arbitration Rule 9(3). |
| November 5, 2021 | Each party files further observations on the proposal for disqualification. |
| November 10, 2021 | The proposal for the disqualification of Tribunal member Stephen Drymer is declined by the other two members of the Tribunal. The proceeding is resumed pursuant to ICSID Arbitration Rule 9(6). |
| November 24, 2021 | The Tribunal issues Procedural Order No. 3 concerning procedural matters. |
| December 6, 2021 | The Respondent files a counter-memorial on the merits. |
| January 10, 2022 | Following exchanges between the parties, the Respondent files a request for the Tribunal to decide on production of documents. |
| January 14, 2022 | The Claimants file observations on the Respondent's request for the Tribunal to decide on production of documents. |
| January 17, 2022 | The Respondent files a response to the Claimants' observations of January 14, 2022. |
| February 9, 2022 | The Tribunal issues Procedural Order No. 4 concerning production of documents. |
| April 7, 2022 | The Claimants file a reply on the merits. |
| May 19, 2022 | The Respondent files a rejoinder on the merits. |
| May 19, 2022 | The Respondent files a request for the Tribunal to decide on production of documents. |
| August 25, 2022 | The Claimants file observations on the Respondent's request for the Tribunal to decide on production of documents. |
| September 6, 2022 | The Tribunal issues Procedural Order No. 5 concerning the organization of the hearing. |

| Date | Development |
|---|---|
| September 7, 2022 | The Respondent files a response to the Claimants' observations of August 25, 2022. |
| September 13, 2022 | The Claimants file a response to the Respondent's communication of September 7, 2022. |
| September 29, 2022 - September 30, 2022 | The Tribunal holds a hearing on resubmission in person in Paris and by video conference. |
| November 9, 2022 | The Tribunal asks questions related to the Respondent's request of May 19, 2022. |
| November 23, 2022 | The Claimants file answers to the questions posed by the Tribunal on November 9, 2022. |
| December 7, 2022 | The Respondent files observations on the Claimants' answers of November 23, 2022. |
| January 19, 2023 | The Tribunal issues Procedural Order No. 6 concerning production of documents. |
| March 10, 2023 | Each party files a submission on costs. |
| June 14, 2023 | The Tribunal declares the proceeding closed in accordance with ICSID Arbitration Rule 38(1). |
| July 10, 2023 | The Tribunal renders its award. |

Home (/)

About (/about)

Services (/services)

Cases (/cases)

Resources (/resources)

News & Events (/news)

**FOR STATES**

Role of Member States (/about/member-states/role-of-member-states)

How to Join ICSID (/about/member-states/joining-icsid)

**FOR JOB SEEKERS**

Jobs (/about/content/jobs)

Internships (/about/content/internships)

**FOR PARTIES**

Overview of Services (/services)

Database of Arbitrators (/about/arbitrators-conciliators/database-of-icsid-panels)

**FOR ARBITRATORS**

Becoming an ICSID Arbitrator (/resources/content/arbitrators/how-to-become-an-icsid-arbitrator)

Managing Case Finances (/resources/content/arbitrators/managing-case-finances)

**FOR JOURNALISTS**

News Releases (/news-and-events/press-releases)

**FOLLOW US**

©2022 International Centre for Settlement of Investment Disputes. All Rights Reserved.   User Agreement (/user-agreement) | Privacy Agreement (https://icsid.worldbank.org/about/content/privacy-agreement)

[(http://www.worldbank.org/)](http://www.worldbank.org/)

[IBRD (HTTPS://WWW.WORLDBANK.ORG/EN/WHO-WE-ARE/IBRD)](https://www.worldbank.org/en/who-we-are/ibrd)    [IDA (HTTPS://WWW.WORLDBANK.ORG/IDA)](https://www.worldbank.org/ida)    [IFC (HTTPS://WWW.IFC.ORG/)](https://www.ifc.org/)    [MIGA (HTTPS://WWW.MIGA.ORG/)](https://www.miga.org/)    [ICSID (HTTPS://ICSID.WORLDBANK.ORG/)](https://icsid.worldbank.org/)

© 2023 The World Bank Group, All Rights Reserved.