# EXHIBIT 6



INTERNATIONAL CENTRE FOR SETTLEMENT OF INVESTMENT DISPUTES
1818 H STREET, NW | WASHINGTON, DC 20433 | USA
TELEPHONE +1 (202) 458 1534 | FACSIMILE +1 (202) 522 2615
WWW.WORLDBANK.ORG/ICSID

ICSID/3

# LIST OF CONTRACTING STATES AND OTHER SIGNATORIES OF THE CONVENTION
(as of October 25, 2022)

The 165 States listed below have signed the Convention on the Settlement of Investment Disputes between States and Nationals of Other States on the dates indicated. The names of the 158 States that have deposited their instruments of ratification are in bold, and the dates of such deposit and of the attainment of the status of Contracting State by the entry into force of the Convention for each of them are also indicated.

| State | Signature | Deposit of Ratification | Entry into Force of Convention |
|---|---|---|---|
| **Afghanistan** | Sep. 30, 1966 | Jun. 25, 1968 | Jul. 25, 1968 |
| **Albania** | Oct. 15, 1991 | Oct. 15, 1991 | Nov. 14, 1991 |
| **Algeria** | Apr. 17, 1995 | Feb. 21, 1996 | Mar. 22, 1996 |
| **Angola** | Jul. 14, 2022 | Sept. 21, 2022 | Oct. 21, 2022 |
| **Argentina** | May 21, 1991 | Oct. 19, 1994 | Nov. 18, 1994 |
| **Armenia** | Sep. 16, 1992 | Sep. 16, 1992 | Oct. 16, 1992 |
| **Australia** | Mar. 24, 1975 | May 2, 1991 | Jun. 1, 1991 |
| **Austria** | May 17, 1966 | May 25, 1971 | Jun. 24, 1971 |
| **Azerbaijan** | Sep. 18, 1992 | Sep. 18, 1992 | Oct. 18, 1992 |
| **Bahamas, The** | Oct. 19, 1995 | Oct. 19, 1995 | Nov. 18, 1995 |
| **Bahrain** | Sep. 22, 1995 | Feb. 14, 1996 | Mar. 15, 1996 |
| **Bangladesh** | Nov. 20, 1979 | Mar. 27, 1980 | Apr. 26, 1980 |
| **Barbados** | May 13, 1981 | Nov. 1, 1983 | Dec. 1, 1983 |
| **Belarus** | Jul. 10, 1992 | Jul. 10, 1992 | Aug. 9, 1992 |
| **Belgium** | Dec. 15, 1965 | Aug. 27, 1970 | Sep. 26, 1970 |
| Belize | Dec. 19, 1986 | | |
| **Benin** | Sep. 10, 1965 | Sep. 6, 1966 | Oct. 14, 1966 |
| **Bosnia and Herzegovina** | Apr. 25, 1997 | May 14, 1997 | Jun. 13, 1997 |
| **Botswana** | Jan. 15, 1970 | Jan. 15, 1970 | Feb. 14, 1970 |
| **Brunei Darussalam** | Sep. 16, 2002 | Sep. 16, 2002 | Oct. 16, 2002 |
| **Bulgaria** | Mar. 21, 2000 | Apr. 13, 2001 | May 13, 2001 |
| **Burkina Faso** | Sep. 16, 1965 | Aug. 29, 1966 | Oct. 14, 1966 |
| **Burundi** | Feb. 17, 1967 | Nov. 5, 1969 | Dec. 5, 1969 |
| **Cabo Verde** | Dec. 20, 2010 | Dec. 27, 2010 | Jan. 26, 2011 |
| **Cambodia** | Nov. 5, 1993 | Dec. 20, 2004 | Jan. 19, 2005 |
| **Cameroon** | Sep. 23, 1965 | Jan. 3, 1967 | Feb. 2, 1967 |
| **Canada** | Dec. 15, 2006 | Nov. 1, 2013 | Dec. 1, 2013 |

| State | Signature | Deposit of Ratification | Entry into Force of Convention |
|---|---|---|---|
| **Central African Republic** | Aug. 26, 1965 | Feb. 23, 1966 | Oct. 14, 1966 |
| **Chad** | May 12, 1966 | Aug. 29, 1966 | Oct. 14, 1966 |
| **Chile** | Jan. 25, 1991 | Sep. 24, 1991 | Oct. 24, 1991 |
| **China** | Feb. 9, 1990 | Jan. 7, 1993 | Feb. 6, 1993 |
| **Colombia** | May 18, 1993 | Jul. 15, 1997 | Aug. 14, 1997 |
| **Comoros** | Sep. 26, 1978 | Nov. 7, 1978 | Dec. 7, 1978 |
| **Congo, Democratic Rep. of** | Oct. 29, 1968 | Apr. 29, 1970 | May 29, 1970 |
| **Congo, Rep. of** | Dec. 27, 1965 | Jun. 23, 1966 | Oct. 14, 1966 |
| **Costa Rica** | Sep. 29, 1981 | Apr. 27, 1993 | May 27, 1993 |
| **Côte d'Ivoire** | Jun. 30, 1965 | Feb. 16, 1966 | Oct. 14, 1966 |
| **Croatia** | Jun. 16, 1997 | Sep. 22, 1998 | Oct. 22, 1998 |
| **Cyprus** | Mar. 9, 1966 | Nov. 25, 1966 | Dec. 25, 1966 |
| **Czechia** | Mar. 23, 1993 | Mar. 23, 1993 | Apr. 22, 1993 |
| **Denmark** | Oct. 11, 1965 | Apr. 24, 1968 | May 24, 1968 |
| **Djibouti** | Apr. 12, 2019 | Jun. 9, 2020 | Jul. 9, 2020 |
| Dominican Republic | Mar. 20, 2000 | | |
| **Ecuador**[*] | Jun. 21, 2021 | Aug. 4, 2021 | Sep. 3, 2021 |
| **Egypt, Arab Rep. of** | Feb. 11, 1972 | May 3, 1972 | Jun. 2, 1972 |
| **El Salvador** | Jun. 9, 1982 | Mar. 6, 1984 | Apr. 5, 1984 |
| **Estonia** | Jun. 23, 1992 | Jun. 23, 1992 | Jul. 23, 1992 |
| **Eswatini** | Nov. 3, 1970 | Jun. 14, 1971 | Jul. 14, 1971 |
| Ethiopia | Sep. 21, 1965 | | |
| **Fiji** | Jul. 1, 1977 | Aug. 11, 1977 | Sep. 10, 1977 |
| **Finland** | Jul. 14, 1967 | Jan. 9, 1969 | Feb. 8, 1969 |
| **France** | Dec. 22, 1965 | Aug. 21, 1967 | Sep. 20, 1967 |
| **Gabon** | Sep. 21, 1965 | Apr. 4, 1966 | Oct. 14, 1966 |
| **Gambia, The** | Oct. 1, 1974 | Dec. 27, 1974 | Jan. 26, 1975 |
| **Georgia** | Aug. 7, 1992 | Aug. 7, 1992 | Sep. 6, 1992 |
| **Germany** | Jan. 27, 1966 | Apr. 18, 1969 | May 18, 1969 |
| **Ghana** | Nov. 26, 1965 | Jul. 13, 1966 | Oct. 14, 1966 |
| **Greece** | Mar. 16, 1966 | Apr. 21, 1969 | May 21, 1969 |
| **Grenada** | May 24, 1991 | May 24, 1991 | Jun. 23, 1991 |
| **Guatemala** | Nov. 9, 1995 | Jan. 21, 2003 | Feb. 20, 2003 |
| **Guinea** | Aug. 27, 1968 | Nov. 4, 1968 | Dec. 4, 1968 |
| Guinea-Bissau | Sep. 4, 1991 | | |
| **Guyana** | Jul. 3, 1969 | Jul. 11, 1969 | Aug. 10, 1969 |
| **Haiti** | Jan. 30, 1985 | Oct. 27, 2009 | Nov. 26, 2009 |

---

[*] The Government of the Republic of Ecuador signed the ICSID Convention on January 15, 1986 and deposited its instrument of ratification on the same date. The Convention entered into force for Ecuador on February 14, 1986. On Jul. 6, 2009, the depositary received a written notice of Ecuador's denunciation of the Convention. In accordance with Article 71 of the Convention, the denunciation took effect six months after the receipt of Ecuador's notice, i.e., on January 7, 2010. On June 21, 2021, Ecuador signed the ICSID Convention and deposited its instrument of ratification on August 4, 2021. The Convention entered into force for Ecuador on September 3, 2021.

| **State** | **Signature** | **Deposit of Ratification** | **Entry into Force of Convention** |
|---|---|---|---|
| **Honduras** | May 28, 1986 | Feb. 14, 1989 | Mar. 16, 1989 |
| **Hungary** | Oct. 1, 1986 | Feb. 4, 1987 | Mar. 6, 1987 |
| **Iceland** | Jul. 25, 1966 | Jul. 25, 1966 | Oct. 14, 1966 |
| **Indonesia** | Feb. 16, 1968 | Sep. 28, 1968 | Oct. 28, 1968 |
| **Iraq** | Nov. 17, 2015 | Nov. 17, 2015 | Dec. 17, 2015 |
| **Ireland** | Aug. 30, 1966 | Apr. 7, 1981 | May 7, 1981 |
| **Israel** | Jun. 16, 1980 | Jun. 22, 1983 | Jul. 22, 1983 |
| **Italy** | Nov. 18, 1965 | Mar. 29, 1971 | Apr. 28, 1971 |
| **Jamaica** | Jun. 23, 1965 | Sep. 9, 1966 | Oct. 14, 1966 |
| **Japan** | Sep. 23, 1965 | Aug. 17, 1967 | Sep. 16, 1967 |
| **Jordan** | Jul. 14, 1972 | Oct. 30, 1972 | Nov. 29, 1972 |
| **Kazakhstan** | Jul. 23, 1992 | Sep. 21, 2000 | Oct. 21, 2000 |
| **Kenya** | May 24, 1966 | Jan. 3, 1967 | Feb. 2, 1967 |
| **Korea, Rep. of** | Apr. 18, 1966 | Feb. 21, 1967 | Mar. 23, 1967 |
| **Kosovo, Rep. of** | Jun. 29, 2009 | Jun. 29, 2009 | Jul. 29, 2009 |
| **Kuwait** | Feb. 9, 1978 | Feb. 2, 1979 | Mar. 4, 1979 |
| **Kyrgyz Republic** | Jun. 9, 1995 | Apr. 21, 2022 | May 21, 2022 |
| **Latvia** | Aug. 8, 1997 | Aug. 8, 1997 | Sep. 7, 1997 |
| **Lebanon** | Mar. 26, 2003 | Mar. 26, 2003 | Apr. 25, 2003 |
| **Lesotho** | Sep. 19, 1968 | Jul. 8, 1969 | Aug. 7, 1969 |
| **Liberia** | Sep. 3, 1965 | Jun. 16, 1970 | Jul. 16, 1970 |
| **Lithuania** | Jul. 6, 1992 | Jul. 6, 1992 | Aug. 5, 1992 |
| **Luxembourg** | Sep. 28, 1965 | Jul. 30, 1970 | Aug. 29, 1970 |
| **Madagascar** | Jun. 1, 1966 | Sep. 6, 1966 | Oct. 14, 1966 |
| **Malawi** | Jun. 9, 1966 | Aug. 23, 1966 | Oct. 14, 1966 |
| **Malaysia** | Oct. 22, 1965 | Aug. 8, 1966 | Oct. 14, 1966 |
| **Mali** | Apr. 9, 1976 | Jan. 3, 1978 | Feb. 2, 1978 |
| **Malta** | Apr. 24, 2002 | Nov. 3, 2003 | Dec. 3, 2003 |
| **Mauritania** | Jul. 30, 1965 | Jan. 11, 1966 | Oct. 14, 1966 |
| **Mauritius** | Jun. 2, 1969 | Jun. 2, 1969 | Jul. 2, 1969 |
| **Mexico** | Jan. 11, 2018 | Jul. 27, 2018 | Aug. 26, 2018 |
| **Micronesia, Federated States of** | Jun. 24, 1993 | Jun. 24, 1993 | Jul. 24, 1993 |
| **Moldova** | Aug. 12, 1992 | May 5, 2011 | Jun. 4, 2011 |
| **Mongolia** | Jun. 14, 1991 | Jun. 14, 1991 | Jul. 14, 1991 |
| **Montenegro** | Jul. 19, 2012 | Apr. 10, 2013 | May 10, 2013 |
| **Morocco** | Oct. 11, 1965 | May 11, 1967 | Jun. 10, 1967 |
| **Mozambique** | Apr. 4, 1995 | Jun. 7, 1995 | Jul. 7, 1995 |
| Namibia | Oct. 26, 1998 | | |
| **Nauru** | Apr. 12, 2016 | Apr. 12, 2016 | May 12, 2016 |
| **Nepal** | Sep. 28, 1965 | Jan. 7, 1969 | Feb. 6, 1969 |
| **Netherlands** | May 25, 1966 | Sep. 14, 1966 | Oct. 14, 1966 |
| **New Zealand** | Sep. 2, 1970 | Apr. 2, 1980 | May 2, 1980 |

| State | Signature | Deposit of Ratification | Entry into Force of Convention |
|---|---|---|---|
| **Nicaragua** | Feb. 4, 1994 | Mar. 20, 1995 | Apr. 19, 1995 |
| **Niger** | Aug. 23, 1965 | Nov. 14, 1966 | Dec. 14, 1966 |
| **Nigeria** | Jul. 13, 1965 | Aug. 23, 1965 | Oct. 14, 1966 |
| **North Macedonia** | Sep. 16, 1998 | Oct. 27, 1998 | Nov. 26, 1998 |
| **Norway** | Jun. 24, 1966 | Aug. 16, 1967 | Sep. 15, 1967 |
| **Oman** | May 5, 1995 | Jul. 24, 1995 | Aug. 23, 1995 |
| **Pakistan** | Jul. 6, 1965 | Sep. 15, 1966 | Oct. 15, 1966 |
| **Panama** | Nov. 22, 1995 | Apr. 8, 1996 | May 8, 1996 |
| **Papua New Guinea** | Oct. 20, 1978 | Oct. 20, 1978 | Nov. 19, 1978 |
| **Paraguay** | Jul. 27, 1981 | Jan. 7, 1983 | Feb. 6, 1983 |
| **Peru** | Sep. 4, 1991 | Aug. 9, 1993 | Sep. 8, 1993 |
| **Philippines** | Sep. 26, 1978 | Nov. 17, 1978 | Dec. 17, 1978 |
| **Portugal** | Aug. 4, 1983 | Jul. 2, 1984 | Aug. 1, 1984 |
| **Qatar** | Sep. 30, 2010 | Dec. 21, 2010 | Jan. 20, 2011 |
| **Romania** | Sep. 6, 1974 | Sep. 12, 1975 | Oct. 12, 1975 |
| Russian Federation | Jun. 16, 1992 | | |
| **Rwanda** | Apr. 21, 1978 | Oct. 15, 1979 | Nov. 14, 1979 |
| **Samoa** | Feb. 3, 1978 | Apr. 25, 1978 | May 25, 1978 |
| **San Marino** | Apr. 11, 2014 | Apr. 18, 2015 | May 18, 2015 |
| **Sao Tome and Principe** | Oct. 1, 1999 | May 20, 2013 | Jun. 19, 2013 |
| **Saudi Arabia** | Sep. 28, 1979 | May 8, 1980 | Jun. 7, 1980 |
| **Senegal** | Sep. 26, 1966 | Apr. 21, 1967 | May 21, 1967 |
| **Serbia** | May 9, 2007 | May 9, 2007 | Jun. 8, 2007 |
| **Seychelles** | Feb. 16, 1978 | Mar. 20, 1978 | Apr. 19, 1978 |
| **Sierra Leone** | Sep. 27, 1965 | Aug. 2, 1966 | Oct. 14, 1966 |
| **Singapore** | Feb. 2, 1968 | Oct. 14, 1968 | Nov. 13, 1968 |
| **Slovak Republic** | Sep. 27, 1993 | May 27, 1994 | Jun. 26, 1994 |
| **Slovenia** | Mar. 7, 1994 | Mar. 7, 1994 | Apr. 6, 1994 |
| **Solomon Islands** | Nov. 12, 1979 | Sep. 8, 1981 | Oct. 8, 1981 |
| **Somalia** | Sep. 27, 1965 | Feb. 29, 1968 | Mar. 30, 1968 |
| **South Sudan** | Apr. 18, 2012 | Apr. 18, 2012 | May 18, 2012 |
| **Spain** | Mar. 21, 1994 | Aug. 18, 1994 | Sept. 17, 1994 |
| **Sri Lanka** | Aug. 30, 1967 | Oct. 12, 1967 | Nov. 11, 1967 |
| **St. Kitts & Nevis** | Oct. 14, 1994 | Aug. 4, 1995 | Sep. 3, 1995 |
| **St. Lucia** | Jun. 4, 1984 | Jun. 4, 1984 | Jul. 4, 1984 |
| **St. Vincent and the Grenadines** | Aug. 7, 2001 | Dec. 16, 2002 | Jan. 15, 2003 |
| **Sudan** | Mar. 15, 1967 | Apr. 9, 1973 | May 9, 1973 |
| **Sweden** | Sep. 25, 1965 | Dec. 29, 1966 | Jan. 28, 1967 |
| **Switzerland** | Sep. 22, 1967 | May 15, 1968 | Jun. 14, 1968 |
| **Syria** | May 25, 2005 | Jan. 25, 2006 | Feb. 24, 2006 |
| **Tanzania** | Jan. 10, 1992 | May 18, 1992 | Jun. 17, 1992 |
| Thailand | Dec. 6, 1985 | | |

| State | Signature | Deposit of Ratification | Entry into Force of Convention |
|---|---|---|---|
| **Timor-Leste** | Jul. 23, 2002 | Jul. 23, 2002 | Aug. 22, 2002 |
| **Togo** | Jan. 24, 1966 | Aug. 11, 1967 | Sep. 10, 1967 |
| **Tonga** | May 1, 1989 | Mar. 21, 1990 | Apr. 20, 1990 |
| **Trinidad and Tobago** | Oct. 5, 1966 | Jan. 3, 1967 | Feb. 2, 1967 |
| **Tunisia** | May 5, 1965 | Jun. 22, 1966 | Oct. 14, 1966 |
| **Türkiye** | Jun. 24, 1987 | Mar. 3, 1989 | Apr. 2, 1989 |
| **Turkmenistan** | Sep. 26, 1992 | Sep. 26, 1992 | Oct. 26, 1992 |
| **Uganda** | Jun. 7, 1966 | Jun. 7, 1966 | Oct. 14, 1966 |
| **Ukraine** | Apr. 3, 1998 | Jun. 7, 2000 | Jul. 7, 2000 |
| **United Arab Emirates** | Dec. 23, 1981 | Dec. 23, 1981 | Jan. 22, 1982 |
| **United Kingdom of Great Britain and Northern Ireland** | May 26, 1965 | Dec. 19, 1966 | Jan. 18, 1967 |
| **United States of America** | Aug. 27, 1965 | Jun. 10, 1966 | Oct. 14, 1966 |
| **Uruguay** | May 28, 1992 | Aug. 9, 2000 | Sep. 8, 2000 |
| **Uzbekistan** | Mar. 17, 1994 | Jul. 26, 1995 | Aug. 25, 1995 |
| **Yemen, Republic of** | Oct. 28, 1997 | Oct. 21, 2004 | Nov. 20, 2004 |
| **Zambia** | Jun. 17, 1970 | Jun. 17, 1970 | Jul. 17, 1970 |
| **Zimbabwe** | Mar. 25, 1991 | May 20, 1994 | Jun. 19, 1994 |

_____

NOTE: The Government of the Plurinational State of Bolivia signed the ICSID Convention on May 3, 1991 and deposited its instrument of ratification on Jun. 23, 1995. The Convention entered into force for the Plurinational State of Bolivia on Jul. 23, 1995. On May 2, 2007, the depositary received a written notice of the Plurinational State of Bolivia's denunciation of the Convention. In accordance with Article 71 of the Convention, the denunciation took effect six months after the receipt of Bolivia's notice, i.e., on November 3, 2007.

The Government of the Bolivarian Republic of Venezuela signed the ICSID Convention on August 18, 1993 and deposited its instrument of ratification on May 2, 1995. The Convention entered into force for the Bolivarian Republic of Venezuela on Jun. 1, 1995. On January 24, 2012, the depositary received a written notice of the Bolivarian Republic of Venezuela's denunciation of the Convention. In accordance with Article 71 of the Convention, the denunciation took effect six months after the receipt of the notice, i.e., on Jul. 25, 2012.