# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOBIL CERRO NEGRO, LTD., *et al.*,<br><br>Petitioners,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>Respondent. | Case No. 23-cv-3506 |

## PROOF OF SERVICE

I HEREBY CERTIFY that a copy of the summons, petition, and all attachments thereto, and notice of suit with the Foreign Sovereign Immunities Act ("FSIA"), along with a translation of each into Spanish, were served on Respondent, the Bolivarian Republic of Venezuela, pursuant to 28 U.S.C. § 1608(b)(1) on January 5, 2024 via DHL Express to:

>Ministerio del Poder Popular para Relaciones Exteriores
>Dirección del Servicio Consular Extranjero
>Oficina de Relaciones Consulares
>(Ministry of People's Power of Foreign Affairs
>Directorate of the Foreign Consular Service
>Office of Consular Affairs)
>Edificio Anexo a la Torre MRE, piso 1
>Avenida Urdaneta – Esquina Carmelitas a Puente Llaguno
>Caracas 1010
>Venezuela

*See* Attachment 1 (Copy of DHL Proof of Delivery).

I certify under penalty of perjury that the foregoing is true and correct.

Executed on:   January 29, 2024
                           Washington, DC

  /s/ Steven K. Davidson
Steven K. Davidson (D.C. Bar No. 407137)
Michael J. Baratz (D.C. Bar No. 480607)
Molly Bruder Fox (D.C. Bar No. 981619)
STEPTOE LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 429-3000
Fax: (202) 429-3902
sdavidson@steptoe.com
mbaratz@steptoe.com
mbfox@steptoe.com

*Counsel for Petitioners Mobil Cerro Negro, Ltd., Venezuela Holdings, B.V., and Mobil Cerro Negro Holding LLC*

Of Counsel:

Eugene J. Silva II
Law Department
EXXON MOBIL CORPORATION
800 Bell Street
Houston, Texas 77002
Tel: (713) 656-3636
Fax: (713) 656-3496
