# ATTACHMENT 1



05 January 2024

Dear Customer,

This is a proof of delivery / statement of final status for the shipment with waybill number 4853771963.

Thank you for choosing DHL Express.

www.dhl.com

**Your shipment 4853771963 was delivered on 05 January 2024 at 12.51**

| | | | |
|---|---|---|---|
| **Signed** | Jenny Perez recepción | **Destination Service Area** | CARACAS VENEZUELA |
| **Signature** | *[signature: Jenny]* | **Shipment Status** | Delivered |
| | | **Piece ID(s)** | JD014600011320495754 |

## Additional Shipment Details

| | | | |
|---|---|---|---|
| **Service** | EXPRESS WORLDWIDE doc | **Origin Service Area** | PORTLAND UNITED STATES OF AMERICA |
| **Picked Up** | 22 December 2023 at 10.58 | **Shipper Reference** | 4853771963US20231222170509866 35523 |



Track    Ship    Enterprise Logistics Services    Customer Service    Customer Portal Logins

Tracking Code: 4853771963

This shipment is handled by: **DHL Express**

## Delivered

January, 05 2024 12:51 Local time, Service Area: CARACAS - VENEZUELA

**Origin Service Area : PORTLAND, OR - USA**

**Destination Service Area : CARACAS - VENEZUELA**

To protect your privacy, more delivery details are available after validation

### More Shipment Details

| To protect your privacy, more delivery details are available after validation | **Electronic Proof of Delivery** |
|---|---|
| 1 Piece ID | **JD014600011320495754** |

### All Shipment Updates

**Friday**
**January, 05 2024**
12:51 Local time

✓ **Delivered**
Service Area: CARACAS - VENEZUELA
1 Piece ID: **JD014600011320495754**

**Friday**
**January, 05 2024**
10:29 Local time

**Shipment is out with courier for delivery**
CARACAS - VENEZUELA
1 Piece ID: **JD014600011320495754**

**Thursday**
**January, 04 2024**
14:53 Local time

**Shipment is scheduled for delivery**
CARACAS - VENEZUELA
1 Piece ID: **JD014600011320495754**

**Tuesday**
**January, 02 2024**
09:26 Local time

**Shipment is scheduled for delivery**
CARACAS - VENEZUELA
1 Piece ID: **JD014600011320495754**

07:50 Local time

**Arrived at DHL Sort Facility CARACAS - VENEZUELA**
CARACAS - VENEZUELA
1 Piece ID: **JD014600011320495754**

07:14 Local time

**Shipment has departed from a DHL facility MAIQUETIA - VENEZUELA**
MAIQUETIA - VENEZUELA





1 Piece ID: JD014600011320495754

06:59 Local time

**Clearance event**
MAIQUETIA - VENEZUELA
1 Piece ID: JD014600011320495754

---

Friday
**December, 29 2023**

17:00 Local time

**Clearance event**
MAIQUETIA - VENEZUELA
1 Piece ID: JD014600011320495754

16:54 Local time

**Processed for clearance at MAIQUETIA - VENEZUELA**
MAIQUETIA - VENEZUELA
1 Piece ID: JD014600011320495754

16:18 Local time

**Processed at MAIQUETIA - VENEZUELA**
MAIQUETIA - VENEZUELA
1 Piece ID: JD014600011320495754

16:12 Local time

**Arrived at DHL Sort Facility MAIQUETIA - VENEZUELA**
MAIQUETIA - VENEZUELA
1 Piece ID: JD014600011320495754

---

Thursday
**December, 28 2023**

08:42 Local time

**Shipment has departed from a DHL facility PANAMA CITY - PANAMA**
PANAMA CITY - PANAMA
1 Piece ID: JD014600011320495754

04:55 Local time

**Shipment is on hold**
PANAMA CITY - PANAMA
1 Piece ID: JD014600011320495754

---

Wednesday
**December, 27 2023**

03:53 Local time

**Shipment is on hold**
PANAMA CITY - PANAMA
1 Piece ID: JD014600011320495754

---

Tuesday
**December, 26 2023**

04:52 Local time

**Shipment is on hold**
PANAMA CITY - PANAMA
1 Piece ID: JD014600011320495754

---

Sunday
**December, 24 2023**

04:32 Local time

**Processed at PANAMA CITY - PANAMA**
PANAMA CITY - PANAMA
1 Piece ID: JD014600011320495754

02:07 Local time

**Shipment is on hold**
PANAMA CITY - PANAMA
1 Piece ID: JD014600011320495754

02:05 Local time

**Arrived at DHL Sort Facility PANAMA CITY - PANAMA**
PANAMA CITY - PANAMA
1 Piece ID: JD014600011320495754

---

Saturday
**December, 23 2023**

22:33 Local time

**Shipment has departed from a DHL facility MIAMI GATEWAY - USA**
MIAMI GATEWAY, FL - USA
1 Piece ID: JD014600011320495754

20:59 Local time

**Shipment is in transit to destination**
MIAMI GATEWAY, FL - USA
1 Piece ID: JD014600011320495754

07:30 Local time

**Shipment has departed from a DHL facility CINCINNATI HUB - USA**
CINCINNATI HUB, OH - USA
1 Piece ID: JD014600011320495754

If you would prefer to speak to someone personally about the location of your shipment, please contact DHL Express Customer Service

## Quick Answers to Common Tracking Questions

When I track my international DHL Express shipments, why do I sometimes get information for a shipment that is not going to the intended destination?

I have tracked a shipment and been told to contact DHL. Why is this?

The tracking results are showing that my shipment is going to a different town or city than it was initially addressed to. Why is this?

How do I learn who signed for my shipment?

As an account customer with DHL, is there a tracking solution I can use to receive an overview of all shipments on my account?

My shipment is showing 'Custom status updated from the destination,' even though the shipment just left the country. What does this mean?

There were shipments displayed, but mine wasn't listed.



| Customer Service | DHL Express | Auto-Mobility | About DHL |
|---|---|---|---|
| Customer Portal Logins | DHL Global Forwarding | Chemicals | Delivered |
| Strategic Partner Directory | DHL Supply Chain | Consumer | Careers |
| Developer Portal | DHL eCommerce | Energy | Press Center |
| Get a Quote | Other Global Divisions | Engineering and Manufacturing | Investors |
| DHL for Business | | Life Sciences and Healthcare | Sustainability |
| | | Public Sector | Supplier Diversity |
| | | Retail | Insights and Innovation |
| | | Technology | Brand Partnerships |


Group

Follow Us    

Fraud Awareness   Legal Notice   Terms of Use   Privacy Notice   Dispute Resolution

Additional Information   Cookie Settings

2024 © - all rights reserved