CO 226
Rev. 4/2023

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Mobil Cerro Negro, Ltd., et al.

Plaintiff(s)

vs.

Bolivarian Republic of Venezuela

Defendant(s)

Civil Action No.: 23-cv-03506

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk dispatch for mailing a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

U.S. Department of State
L/CA/POG/GC, SA-17, 10th Floor
Washington, DC 20522-1710
Attn: Jared Hess, FSIA

by: (check one)
- ☐ certified or registered mail, return receipt requested
- ☐ DHL
- ☑ Fed Ex

pursuant to the provisions of: (check one)
- ☐ FRCP 4(f)(2)(C)(ii)
- ☐ 28 U.S.C. § 1608(a)(3)
- ☐ 28 U.S.C. § 1608(b)(3)(B)
- ☑ 28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country): Bolivarian Republic of Venezuela , and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

/s/ Michael J. Baratz
(Signature)

Michael J. Baratz (D.C. Bar No. 480607)
Steptoe LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000
Fax: (202) 429-3902
mbaratz@steptoe.com

(Name and Address)