

United States Department of State

Washington, D.C. 20520

September 12, 2024

Angela D. Caesar
Clerk of the Court
United States District Court
For the District of Columbia
333 Constitution Ave. N.W.
Washington, DC 20011

Re: *Mobil Cerro Negro, Ltd., et al. v. Bolivarian Republic of Venezuela,* 1:23-cv-03506

Dear Ms. Caesar:

I am writing regarding the Court's request pursuant to 28 U.S.C. Section 1608(a)(4) for transmittal of a Summons, Petition to Enforce an ICSID Arbitration Award ("complaint"), Civil Cover Sheet, Proposed Order, Declaration of Steven K. Davidson Noury and Exhibits 1-6, Rule 26.1 Disclosure Statement, Appearances of Counsel, and Notice of right to Consent to Trial Before a U.S. Magistrate Judge, and Notice of Suit to the Bolivarian Republic of Venezuela as a defendant in the above referenced lawsuit.

The documents were delivered in Washington, DC under cover of U.S. Department of State diplomatic note to the Presidential Commissioner for Foreign Relations of the Bolivarian Republic of Venezuela, an accredited representative put forward by the National Assembly to represent the Bolivarian Republic of Venezuela to the United States. The diplomatic note was dated July 31, 2024, and confirmed delivery on September 4, 2024. A certified copy of the diplomatic note is enclosed.*

Sincerely,

Jared N. Hess
Attorney Adviser
Office of the Legal Adviser, L/CA/POG/GC

RECEIVED
Mail Room
SEP 19 2024
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

---

* Please note that performance by the Department of State of its statutory functions under 28 U.S.C. § 1608 should not be construed as an indication in any way of the United States' position or views on whether plaintiffs have properly complied with all statutory requirements of the FSIA, the status or character of a defendant, whether service was properly effected, or the merits of any claims or defenses. *See* https://travel.state.gov/content/travel/en/legal/travel-legal-considerations/internl-judicial-asst/Service-of-Process/Foreign-Sovereign-Immunities-Act.html.

Cc:  Michael Baratz
     Steptoe
     1330 Connecticut Ave. NW
     Washington, DC 20036



**United States Department of State**

*Washington, D.C.   20520*

## CERTIFICATION OF DIPLOMATIC NOTE

I, Elizabeth Gracon, Managing Director of the Directorate of Overseas Citizens Services, in Washington, DC certify that this is a true copy of the United States Department of State diplomatic note dated July 31, 2024, and confirmation by the Presidential Commissioner for Foreign Relations of the Bolivarian Republic of Venezuela in Washington, DC on September 4, 2024.

Elizabeth Gracon, Managing Director
Directorate of Overseas Citizens Services

September 12, 2024

The Department of State refers the Presidential Commissioner for Foreign Relations of the Bolivarian Republic of Venezuela to the lawsuit *Mobil Cerro Negro, Ltd., et al. v. Bolivarian Republic of Venezuela*, 1:23-cv-03506, which is pending in the U.S. District Court for the District of Columbia.  The Bolivarian Republic of Venezuela is a defendant in this case. The Department transmits a Summons, Petition to Enforce an ICSID Arbitration Award ("complaint"), Civil Cover Sheet, Proposed Order, Declaration of Steven K. Davidson Noury and Exhibits 1-6, Rule 26.1 Disclosure Statement, Appearances of Counsel, and Notice of right to Consent to Trial Before a U.S. Magistrate Judge herewith.  The U.S. District Court for the District of Columbia requested service of these documents. This note constitutes transmittal of these documents to the Bolivarian Republic of Venezuela as contemplated in Title 28, United States Code, Section 1608(a)(4).

**DIPLOMATIC NOTE**

-2-

Under applicable U.S. law, a defendant in a lawsuit must file an answer to the complaint or some other responsive pleading within 60 days from the date of transmittal of the complaint, in this case, the date of this note. In failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Department requests that the enclosed documents be forwarded to the appropriate authority of the Bolivarian Republic of Venezuela with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the Summons, Petition to Enforce an ICSID Arbitration Award ("complaint"), Civil Cover Sheet, Proposed Order, Declaration of Steven K. Davidson  Noury and Exhibits 1-6, Rule 26.1 Disclosure Statement, Appearances of Counsel, and Notice of right to Consent to Trial Before a U.S. Magistrate Judge, the Department is enclosing a Notice of Suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign states.

Under U.S. law, any jurisdictional or other defense, including claims of sovereign immunity, must be addressed to the court before which the

-3-

matter is pending, for which reason it is advisable to consult an attorney in the United States. It is the practice of the Department to be available to discuss the requirements of U.S. law with counsel. The U.S. government is not a party to this case and cannot represent other parties in this matter.

Enclosures:

    As stated.

Department of State,

    Washington, July 31, 2024.