# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOBIL CERRO NEGRO, LTD., *et al.*,<br><br>Petitioners,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>Respondent. | Case No. 23-cv-3506 |

## NOTICE OF ERRATA

PLEASE TAKE NOTICE THAT Petitioners Mobil Cerro Negro, Ltd., Venezuela Holdings, B.V., and Mobil Cerro Negro Holding LLC ("Petitioners"), hereby file this errata regarding the Proof of Service (ECF No. 7) filed on January 29, 2024.

There was a typo on the Proof of Service; it should have read "1608(a)(2)" instead of "1608(b)(1)" on the fourth line. The Proof of Service describes Hague Convention service on the Bolivarian Republic of Venezuela, which is the means of service set forth in 28 U.S.C. § 1608(a)(2). *See* Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters; 28 U.S.C. § 1608(a)(2).

Dated: December 13, 2024
       /s/ Steven K. Davidson
Steven K. Davidson (D.C. Bar No. 407137)
Michael J. Baratz (D.C. Bar No. 480607)
Molly Bruder Fox (D.C. Bar No. 981619)
STEPTOE LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 429-3000
Fax: (202) 429-3902
sdavidson@steptoe.com
mbaratz@steptoe.com
mbfox@steptoe.com

*Counsel for Petitioners Mobil Cerro Negro, Ltd., Venezuela Holdings, B.V., and Mobil Cerro Negro Holding LLC*

Of Counsel:

Eugene J. Silva II
Law Department
EXXON MOBIL CORPORATION
800 Bell Street
Houston, Texas 77002
Tel: (713) 656-3636
Fax: (713) 656-3496