# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOBIL CERRO NEGRO, LTD., et al., | : |
| Plaintiffs, | : |
| v. | : Case 1:23-cv-3506-RCL |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | : |
| Defendant. | : |

## DECLARATION OF GUSTAVO MARCANO

I, Gustavo Marcano, hereby declare that the following facts are true and correct to the best of my knowledge and belief:

1. I present this a declaration in my capacity as Coordinator of the Asset Administration and Protection Council ("CAPA"), which is the body of the Venezuelan National Assembly of 2015 empowered to defend Venezuelan assets abroad and to appoint attorneys.

2. I was originally appointed as a member and coordinator of the CAPA on January 18, 2023, as recorded in Legislative Gazette No. 67 of January 20, 2023. This appointment was ratified on January 17, 2025, as recorded in Legislative Gazette No. 84 of January 21, 2025.

3. The powers of the CAPA are provided for in Article 9 of the " Statute Governing the Transition to Democracy to Restore the Validity of the Constitution of the Bolivarian Republic of Venezuela," whose latest reform, which governs until 2025, is published in Legislative Gazette No. 82 of December 16, 2024.

4. Pursuant to article 233 of the Venezuelan Constitution, beginning on January 10, 2019, the position of Presidency of Venezuela has been held by the President of the Venezuelan National Assembly, Deputy Juan Guaidó. On January 23, 2019, Mr. Guaidó ratified the application of article 233, acting as Interim President of Venezuela. That same day, President Donald Trump issued a statement officially recognizing Mr. Guaidó as the Interim President of Venezuela and rejecting the legitimacy of the Maduro government. Since that time, more than 50 countries (including the Netherlands) have recognized Mr. Guaidó's government as the official government of Venezuela, as have the Organization of American States and the Inter-American Development Bank.

5. Commencing in January 2023, the 2015 National Assembly, which for the purposes of judicial proceedings acts through the CAPA, functions as the governmental entity recognized by the United States. The United States Department of State issued a press statement dated January 3, 2023, stating that "[t]he United States continues to recognize the democratically elected 2015 National Assembly as the last remaining democratic institution in Venezuela." (available at https://www.state.gov/venezuelas-interim-government-and-the-2015-national assembly/.)

6. In accordance with the United States' recognition policy, the law firm of Freeh Sporkin & Sullivan continues to represent the Republic only at the instruction of CAPA.

7. As Venezuela faces an unparalleled economic and humanitarian crisis domestically, the Republic is also facing unprecedented litigation internationally including in the United States. In the United States, the Republic currently is facing nearly 90 law suits alleging wrongdoing by the former regimes in Venezuela. We also are managing numerous international arbitrations centers, arising from foreign debt claims, breaches of contracts and obligations, and requests for compensation for damages caused by expropriations and other illegal and irresponsible actions of the Chávez and Maduro regimes.

8. Along with my modest staff, I have responsibility for retaining outside counsel to assist us in responding to this myriad litigation. Because the Maduro regime has refused to relinquish control of state organs and funds within Venezuela, CAPA must represent the Republic in the United States without access to sufficient personnel and resources.

9. Unfortunately, these significant challenges prevented the Republic from timely responding in this case. That untimeliness was not intentional, and CAPA is working diligently with its outside counsel to identify and address all litigation within the United States to prevent such situations going forward.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this _____ day of May, 2025.

12-05-2025 | 9:39 AM PDT

DocuSigned by:

*Gustavo Marcano*

838BFB97489E425...

_____

GUSTAVO MARCANO