UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOBIL CERRO NEGRO, LTD., *et al.*,

    Plaintiffs,

v.

BOLIVARIAN REPUBLIC OF VENEZUELA,

    Defendant.

Case 1:23-cv-3506-RCL

## ORDER

AND NOW this __3rd__ day of December, 2025, upon consideration of the joint motion of petitioners Mobil Cerro Negro, Ltd., Venezuela Holdings, B.V., and Mobil Cerro Negro Holding LLC (together, "the petitioners") and defendant the Bolivarian Republic of Venezuela ("Venezuela"), proposing a briefing schedule for Petitioners' Motion for Relief pursuant to 28 U.S.C. § 1610(c) and 28 U.S.C. § 1963, filed on November 25, 2025 (the "Motion for Relief," ECF No. 38), it is hereby

    ORDERED that the joint motion is GRANTED; and

    IT IS FURTHER ORDERED that Venezuela's opposition brief to the Motion for Relief due shall be due on December 23, 2025 and that the Petitioners' reply brief due shall be due on January 6, 2026.

    IT IS SO ORDERED.

*/s/ Royce C. Lamberth*
THE HON. ROYCE C. LAMBERTH
United States District Judge