UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOBIL CERRO NEGRO, LTD., et al.,

Plaintiffs,

v.

BOLIVARIAN REPUBLIC OF VENEZUELA,

Defendant.

Case No. 1:23-cv-03506-RCL

**UNOPPOSED MOTION
BY BOLIVARIAN REPUBLIC OF VENEZUELA
FOR 30-DAY STAY OF CASE**

COMES NOW Defendant the Bolivarian Republic of Venezuela (the "Republic" or "Venezuela"), by and through undersigned counsel, seeking an additional stay of thirty (30) days to allow the Republic's recently designated counsel sufficient time to review the record in this action, thereby ensuring the effective representation of the Republic's interests and the protection of its assets in United States courts. Petitioners do not oppose this request. In support of this motion, the Republic states as follows:

1. On June 30, 2026, the Court granted the Republic's unopposed motion for a thirty (30) day stay to allow the Republic sufficient time to designate permanent counsel.

2. Undersigned counsel entered their appearances on July 23 and 24, 2026, and need time to familiarize themselves with the case file.

3. Counsel for the Republic thus respectfully requests an additional thirty (30) days to review the record in this action and confer with the client before these proceedings resume.

4. The requested extension is sought in good faith and not for purposes of delay, and no party will be prejudiced by the relief requested herein.

5.      Counsel for Petitioners does not oppose the 30-day stay.

WHEREFORE, the Republic respectfully requests that the Court stay these proceedings for an additional thirty (30) days.

Dated: July 30, 2026

Respectfully submitted,

GREENBERG TRAURIG, P.A.


By: /s/ *Daniel Pulecio-Boek*
　　　Daniel Pulecio-Boek
　　　Bar Number 1500514
　　　Micahel A. Pusateri
　　　Bar Number 1005463

　　　**GREENBERG TRAURIG, P.A.**
　　　2101 L Street, N.W., Suite 1000
　　　Washington, D.C. 20037
　　　Telephone: (202) 331-3117
　　　Email:  pulecioboekd@gtlaw.com
　　　　　　　pusaterim@gtlaw.com

　　　*Counsel for Defendant*
　　　*Bolivarian Republic of Venezuela*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this motion has been served this 30th day of July, 2026, upon all counsel of record using the Court's CM/ECF system.

By: /s/ *Daniel Pulecio-Boek*
Daniel Pulecio-Boek